UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LIBERTY LIFE ASSURANCE                           Civil No. 05-1984 (PJS/RLE)
COMPANY OF BOSTON,

        Plaintiff,

v.                                                                 ORDER

MARY ZAMARIPPA, et al.,

        Defendants.

---

    This matter is before the Court on defendant Mary Zamarripa's motion for summary judgment. Chief Magistrate Judge Erickson recommended, in a Report and Recommendation dated September 29, 2006, that the Court grant Zamarripa's motion. This Court adopts Judge Erickson's Report and Recommendation.

ORDER

    Based on the foregoing and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the Defendant Mary Zamarripa's Motion for Summary Judgment [Docket No.  27] is GRANTED.


Dated: October 20, 2006                          s/Patrick J. Schiltz
                                                 Patrick J. Schiltz
                                                 United States District Judge